**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:
MIGUEL PEREZ
DIANE ORTIZ PEREZ                                        CASE NO.: 8:19-00512-CPM
                                                         CHAPTER 13

               Debtor.

_____/

**MOTION TO MODIFY ORDER CONFIRMING PLAN TO ABATE OR REDUCE PLAN**
**PAYMENTS, AND REQUEST FOR ADDITIONAL ATTORNEY'S FEES AND COSTS**

=====================================================================
**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

       Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within **[21]** days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

       If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at **801 North Florida Avenue, Suite 555, Tampa, Florida 33602,** and serve a copy on the movant's attorney, **Robert M. Geller, Law Offices of Robert M. Geller, P.A. 807 West Azeele Street, Tampa, Florida 33606**, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

       If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

       **COMES NOW** the Debtors , **Miguel Perez and Diane Ortiz Perez** , by and through their undersigned counsel and hereby file their   Motion to Modify Order Confirming Plan to Abate 3 Months of Plan Payments or Reduce payments, and Request for Additional Attorney's Fees and costs and states:

1. That this court entered its Order Confirming Plan on September 14, 2019.

2. That Debtors are both unemployed as a result of the COVID pandemic.

1

3. Debtors are getting help from their family to make payments but need either a reduction or an abatement.

4. Debtors have sought a forbearance from their mortgage holder, Lakeview Loan Servicing, LLC.

5. That it is apparent that this Court nor any other Court ever considered the Covid-19 Pandemic in providing the current no look fee structure.   The undersigned is assisting many of his clients with their resulting loss of income and affect on their plan payments and will be filing similar motions in many other cases.   As a result of this extraordinary circumstance, this court should consider an award of additional attorney's fees and costs for all attorney's assisting Debtors with this very difficult time.   The undersigned counsel requests legal fees of $400.00 and has incurred costs of $108.00 to be paid by the Debtor through the Chapter 13 Plan.   Costs are derived at the rate of 15 cents per copy of a minimum of two pages each for this Motion, the Notice of Hearing on this motion, and the subsequent Order, plus 50 cents per envelope for postage to 45 creditors on the clerk's mailing matrix for this case who are not receiving electronic service, [for each of the three mailings].   Said costs are $36.00 for service of this Motion, including $22.50 for postage and $13.50 for copies, $36.00 for service of the Notice of Hearing on the Motion, including $22.50 for postage and $13.50 for copies, and $36.00 for service of the Order, including $22.50 for postage and $13.50 for copies, for total costs of $108.00.

**WHEREFORE**, the Debtors request that the Court enter an Order that allows them a reduction in their plan payments or alternatively an abatement of the payments or an extension of

their plan payments, and awards additional attorney's fees in the amount of $400.00 and costs in

the amount of $108.00 to be paid through the Chapter 13 Plan.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided either by first class, postage prepaid, U.S. mail, or by electronic transmission to all creditors and interested parties on the Clerk's mailing matrix for this case, on this 3rd day of June, 2020.

/s/ Robert M. Geller
Robert M. Geller, Esquire
FL Bar # 588105
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa, Florida 33606
Telephone:   (813) 254-7687
E-mail:   rmgbk@verizon.net
Attorney for Debtors